**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VININGS INSURANCE COMPANY,**

        **Plaintiff,**

**-vs-**                                          **Case No. 6:10-cv-601-Orl-22KRS**

**VALLERY CUSTOM HOMES, INC., et al.,**

        **Defendants.**

## ORDER

This cause comes before the Court for consideration of Plaintiff Vinings Insurance Company's ("Vinings") Motion for Reconsideration (Doc. No. 226), filed on January 18, 2011. The Court will also consider Vinings's Motion to Set Aside Default (Doc. No. 234), filed on February 3, 2011.

Vinings asserts that several of the dismissed Defendants have since filed actions under the relevant insurance policies in state court or have informed Vinings that they have viable claims. Thus, these Defendants will be reinstated as parties to the action. Vinings shall complete service of process on or before February 22, 2011, the deadline for joinder of parties.

Further, because Plaintiff asserts that the following Defendants have viable claims, the Court will not dismiss them as parties to the case at this time: Michael Miller, Susan Miller, William Roby, Terry Roby, Jeff DiBenedetto, Michael Barry, and Patricia Bartlett, Steve Fletcher, Lisa Fletcher, Ann Bulleid, and Ian Bulleid.

1

Also, Vinings requests additional time to move for default against certain Defendants. The Court will grant this request.

Finally, in its Motion to Set Aside Default (Doc. No. 234), filed on February 3, 2011, Vinings explains that Default Defendants Darryl Willis and Karen Willis transferred their property interests to Leigh Jane Herivel via warranty deed four days after Vinings filed the complaint in the instant case. The Court will thus set aside the default against Defendants Willis. In light of the procedural complications, instead of granting leave to amend the complaint, the Court will substitute Leigh Jane Herivel as the proper party defendant. Vinings shall complete service of process on Herivel on or before February 22, 2011.

Based on the foregoing, it is ORDERED as follows:

1. Plaintiff Vinings Insurance Company's Motion for Reconsideration (Doc. No. 226), filed on January 18, 2011, is GRANTED. The following Defendants are reinstated as parties to this case: Christopher Clegg, Carole Clegg, David Roberts, Mark R. Purdy, Lorraine E. Purdy, William G. Pennick, Paul Horrocks, Gerry Gallagher, Jenny A. Gallagher, John Astley, Patricia Astley, Kristian Starynsky, Kathryn Starynsky, Gordon Fraser, Teresa Fraser, Timothy Johnston, David Ohayon, and Colette Kubiesa. Pursuant to the scheduling order's deadline for joinder of parties, re-set on January 26, 2011, Plaintiff shall complete service on these Defendants on or before February 22, 2011.

2. Based on Defendant Kenneth Kubiesa's Answer (Doc. No. 227), filed on January 18, 2011, he will be reinstated as a party to this case.

3. Plaintiff Vinings Insurance Company's request for additional time to move for default judgment against defaulting defendants is GRANTED.

    4. Plaintiff Vinings Insurance Company's Motion to Set Aside Default (Doc. No. 234), filed on February 3, 2011, as to Defendants Darryl Willis and Karen Willis, is GRANTED.  The Court will substitute Leigh Jane Herivel as the proper party defendant.  Plaintiff shall serve the complaint along with a copy of this Order, completing service of process on or before February 22, 2011.

    **DONE** and **ORDERED** in Chambers, in Orlando, Florida, on February 15, 2011.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party