UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:10-CV-601-Orl-22KRS

VININGS INSURANCE COMPANY

    Plaintiff

v.

VALLERY CUSTOM HOMES, INC., etc.,
et. al.,

    Defendants,

_____/

## ANSWER OF DAVID ROBERTS

The Defendant, David Roberts (hereinafter "the Defendant"), answers the allegations of the Complaint as follows:

1. The Defendant agrees that he is the owner of a home located at 7604 Excitement Drive, Kissimmee, Osceola County, Florida.

2. The Defendant denies all other allegations and demands strict proof thereof.

Dated this 21st day of November, 2011.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2011, I electronically filed the foregoing with the Clerk of this Court using CM/ECF. I also certify that the foregoing document will be served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              /s/ Brian D. Solomon_____
                              BRIAN D. SOLOMON, ESQUIRE
                              Florida Bar No. 785814
                              Brian D. Solomon, P.L.

1311 Indiana Avenue
Saint Cloud, Florida 34769
(407) 957-0077 (telephone)
(407) 641-8503 (facsimile)
Counsel for David Roberts
Bsolomon@solomon-law.com

**SERVICE LIST**

Lisa A. Oonk, Esq.
Michael K. McCaffrey, Esq.
Litchfiedl Cavo, LLP
5201 W. Kennedy Boulevard, Suite 450
Tampa, FL 33609

Jeffry R. Jontz, Esq.
Swann & Hadley, P.A.
1031 W. Morse Boulevard, Suite 350
P.O. Box 1961
Winter Park, Florida 3270

Paul David Campbell & Donna Campbell
45 Dante Court
Williamsville, NY 14221

Iain Jackson & Alice Jackson
Cherry Trees
Oxford Road
Frilford Heath
Abingdon, Oxfordshire OX13 5NN
UK

Michael Miller & Susan K. Miller
190 Honeybelle Oval
Orange, OH 44022